IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 69.181.138.10,<br><br>Defendant. | No. C 15-04281 WHA<br><br>**ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS** |

Plaintiff commenced this action on September 18, 2015. Pursuant to Rule 4(m) the deadline to effectuate service of process was January 18, 2016. On October 18, an order granted plaintiff's request to serve a third-party subpoena on the above-identified subscriber's Internet provider, Comcast, in order to obtain the subscriber's identifying information. Plaintiff received the subscriber's identifying information from Comcast on December 14, but upon investigating determined the infringer was another member of the subscriber's household. On January 19, plaintiff filed a motion seeking to extend the deadline to effectuate service, so it may prepare its amended complaint to name the infringer.

Plaintiff shall have until **FEBRUARY 16** to serve the defendant.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE